UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-3-RET |
| VERSUS | CHIEF JUDGE TYSON |
| MACK ARTHUR SMITH | |

### ORDER

Considering the <u>Ex Parte Out of Time Motion to Compensate Defense Witnesses Pursuant to Federal Rules of Criminal Procedure 17(b)</u> filed herein by Mack Arthur Smith:

**IT IS ORDERED** that the subpoenas served in the above matter be paid by the U.S. Marshal Service as to necessary transportation and other expenses in the same manner in which similar costs and fees are paid by the U. S. Marshal Service in the case of witnesses subpoenaed on behalf of the Government, all in accordance with Rule 17 of the Federal Rules of Criminal Procedure.

THUS DONE AND SIGNED, this 3rd day of November 2008.

RALPH E. TYSON, CHIEF JUDGE
**United States District Court**

USM